1  Andrew L. Rempfer
   Nevada Bar No. 8628
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Drive Ste 200
3  Las Vegas, NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 – (fax)
   Andrew@SJPlawyer.com
5

6  Attorneys for Plaintiff
   **PALMER CHRISTOPHER**

7                              UNITED STATES DISTRICT COURT

8                                    DISTRICT OF NEVADA

| | |
|---|---|
| 9  **PALMER CHRISTOPHER**, an individual, | Case No.: 2:17-CV-01225-APG-NJK |
| 10         Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT STATE OF NEVADA'S MOTION TO DISMISS |
| 11  vs. | |
| 12  **STATE OF NEVADA, EX. REL.** NEVADA SUPREME COURT | FIRST REQUEST |
| 13         Defendants. | |

15       Plaintiff, **PALMER CHRISTOPHER**, by his attorney, Andrew L. Rempfer of Law Offices of Steven J. Parsons, and Defendant **STATE OF NEVADA**, by and through their attorney, Laura M. Tucker of the Office of the Nevada Attorney General, hereby stipulate that Plaintiff's Respond to Defendant State of Nevada's Motion to Dismiss shall be extended and shall now be due on Tuesday June 20, 2017.

       This stipulation is made in good faith and is not for the purposes of delay. This is Plaintiff's first request for an extension of time. Plaintiff simply needs additional time to finalize the briefing on this matter given other pending deadlines.

23   . . .
24   . . .
25   . . .
26   . . .
27   . . .



*10091 Park Run Drive, Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
*Info@SJPlawyer.com*

Page 1 of 2

For these reasons, Plaintiff respectfully submits good cause to extend the deadline to respond to Defendants' pending Motion to Dismiss.

Dated: Tuesday, June 13, 2017.

| | |
|---|---|
| LAW OFFICES OF STEVEN J. PARSONS | OFFICE OF THE NEVADA ATTORNEY GENERAL |
| /s/ Andrew L Rempfer<br>ANDREW L REMPFER<br>10091 Park Run Dr Ste 200<br>Las Vegas, NV 89145-8868 | /s/ Laura M. Tucker<br>LAURA M. TUCKER<br>100 N. Carson St<br>Carson City, NV 89701-4717 |
| Attorneys for Plaintiff<br>**PALMER CHRISTOPHER** | Attorneys for Defendant<br>**STATE OF NEVADA** |

**ORDER**

**IT IS SO ORDERED.**

Dated: June 14, 2017.

_____
UNITED STATES DISTRICT JUDGE

