1 Andrew L. Rempfer
Nevada Bar No. 8628
2 LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Drive Ste 200
3 Las Vegas, NV 89145-8868
(702) 384-9900
4 (702) 384-5900 – (fax)
Andrew@SJPlawyer.com
5

6 Attorneys for Plaintiff
PALMER CHRISTOPHER

7 UNITED STATES DISTRICT COURT

8 DISTRICT OF NEVADA

| | |
|---|---|
| 9  **PALMER CHRISTOPHER**, an individual, | Case No.: 2:17-CV-01225-APG-NJK |
| 10     Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT STATE OF NEVADA'S MOTION TO DISMISS |
| 11  vs. | |
| 12  **STATE OF NEVADA, EX. REL.** NEVADA SUPREME COURT | SECOND REQUEST |
| 13     Defendants. | |

15     Plaintiff, **PALMER CHRISTOPHER**, by her attorney, Andrew L. Rempfer of Law Offices of Steven J. Parsons, and Defendant **STATE OF NEVADA**, by and through their attorney, Laura M. Tucker of the Office of the Nevada Attorney General, hereby stipulate that Plaintiff's Response to Defendant State of Nevada's Motion to Dismiss shall be extended and shall now be due on Monday, June 26, 2017.

20     This stipulation is made in good faith and is not for the purposes of delay. This is Plaintiff's first request for an extension of time. Plaintiff simply needs additional time to finalize the briefing on this matter given other pending deadlines.

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .



For these reasons, Plaintiff respectfully submits good cause to extend the deadline to respond to Defendants' pending Motion to Dismiss.

Dated: Thursday, June 22, 2017.

| LAW OFFICES OF STEVEN J. PARSONS | OFFICE OF THE NEVADA ATTORNEY GENERAL |
|---|---|
| /s/ Andrew L Rempfer<br>ANDREW L REMPFER<br>10091 Park Run Dr Ste 200<br>Las Vegas, NV 89145-8868 | /s/ Laura M. Tucker<br>LAURA M. TUCKER<br>100 N. Carson St<br>Carson City, NV 89701-4717 |
| Attorneys for Plaintiff<br>**PALMER CHRISTOPHER** | Attorneys for Defendant<br>**STATE OF NEVADA** |

**ORDER**

**IT IS SO ORDERED.**

Dated: 6/22/2017

_____
UNITED STATES DISTRICT JUDGE

