# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PALMER CHRISTOPHER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA *ex rel.* NEVADA SUPREME COURT,<br><br>　　　　　Defendant. | Case No. 2:17-cv-01225-APG-NJK<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**<br><br>(ECF No. 5) |

Defendant State of Nevada moved to dismiss on the basis that this court lacks jurisdiction because the claims are barred by the Eleventh Amendment. ECF No. 5. Plaintiff Palmer Christopher agrees the case should be dismissed for lack of jurisdiction. ECF No. 10.

IT IS THEREFORE ORDERED that defendant State of Nevada's motion to dismiss **(ECF No. 5) is GRANTED**. This case is dismissed for lack of jurisdiction.

DATED this 28th day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE